IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00189–WJM–KMT

TEASHOT.LLC, a Colorado limited liability company,

    Plaintiff,

v.

GREEN MOUNTAIN COFFEE ROASTERS, INC., a Delaware corporation,
KEURIG, INCORPORATION, a Delaware corporation, and
STARBUCKS CORPORATION, a Washington corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Renewed Local Rule 7.2.B Motion of Defendants for Leave to Restrict Access to Confidential Exhibit in Support of Defendants' Motion for Summary Judgment" (Doc. No. 93, filed June 4, 2013) is GRANTED. Document Number 79-2 shall remain restricted at Level 1 pending further order of the Court. Document Numbers 79 and 79-1 shall be unrestricted.

"Plaintiff's Renewed Local Rule 7.2.B Motion for Leave to Restrict Access to Confidential Exhibits in Support of Motion to Compel" (Doc. No. 96, filed June 4, 2013) is GRANTED in part. Document 83-1 and 83-2 shall remain restricted at Level 1 pending further order of the Court. However, Plaintiff shall redact the confidential information contained in Exhibits D and E, as outlined in the motion, and file redacted Exhibits D and E to its Declaration of David B. Kellis in Support of its Motion to Compel as unrestricted public documents. Document Number 83-3 shall be unrestricted.

Dated: June 11, 2013