## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

Civil Action No:    12-cv-00189-WJM-KMT      Date:  July 16, 2013
Courtroom Deputy:  Sabrina Grimm           FTR:  Courtroom C-201

TEASHOT.LLC, a Colorado limited liability      David Kellis
company,                                Robert Brunelli

      Plaintiff,

v.

GREEN MOUNTAIN COFFEE ROASTERS,      Hunter Keeton
INC., a Delaware corporation,            Aaron Bradford
KEURIG, INCORPORATION, a Delaware
corporation, and
STARBUCKS CORPORATION, a Washington
corporation,

      Defendants.

## COURTROOM MINUTES

**1:35 p.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

Also present and seated at defendants table, Philippa Balestrieri, summer associate for Lathrop & Gage.

Discussion regarding damages, depositions, patent marking issues, Rule 26 discovery, acquisition of companies, infringement issues, affirmative defenses, interpretation of case law, and summary judgment motion.

1:36 p.m.      Argument by Mr. Kellis.
1:44 p.m.      Argument by Mr. Keeton.
2:19 p.m.      Rebuttal argument by Mr. Kellis.

**ORDERED**:   **Plaintiff's Motion to Compel Production of Documents and Continued 30(b)(6) Depositions [80] is GRANTED IN PART, as follows:**

1.   **Plaintiff is allowed one 30(b)(6) deposition, which shall not exceed seven (7) hours of testimony even it multiple designees are deposed. The time utilized to qualify witnesses beyond the first shall not be tolled from the seven (7) hour deposition time.  The topics will be limited to the factual basis for affirmative defenses, in particular to laches, waiver, estoppel, and prosecution history estoppel and questions on the additional documents produced after the initial 30(b)(6) depositions were taken.  The additional 30(b)(6) deposition shall be taken on or before September 13, 2013.**

2.   **Defendants are directed to provide discovery as discussed during the hearing for other companies prior to GMCR's acquisition of those companies from January 1, 2009 to the date the complaint was filed, to the extent it can be produced, and to produce royalty income data from Twinings for the same time period.  A written response is due on or before July 30, 2013.  Production of documents are due on or before August 13, 2013.**

Court clarifies the proposed final pretrial order is due on or before September 12, 2013.

**2:44 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.