**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-00189-WJM-KMT | Date: | September 19, 2013 |
| Courtroom Deputy: | Courtni Covington | FTR: | Courtroom C-201 |

| | |
|---|---|
| TEASHOT.LLC, a Colorado limited liability company, | Robert R. Brunelli<br>David Kellis |
| Plaintiff, | |
| v. | |
| GREEN MOUNTAIN COFFEE ROASTERS, INC., a Delaware corporation,<br>KEURIG, INCORPORATION, a Delaware corporation, and<br>STARBUCKS CORPORATION, a Washington corporation, | Aaron P. Bradford<br>Alexander C. Clayden<br>Gerald B. Hrycyszyn *(by phone)*<br>Hunter D. Keeton *(by phone)*<br>Michael A. Albert *(by phone)* |
| Defendants. | |

**COURTROOM MINUTES**

**FINAL PRETRIAL CONFERENCE**

**9:51 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

The court addresses counsel regarding Plaintiff's **Motion to Strike Supplemental Expert Report of Bruce Klodt on Invalidity.**

The court notes Plaintiff has the burden of proof on secondary considerations with respect to issues of invalidity and reviews the previously expired discovery deadlines with the parties.  The court finds that Plaintiff's rebuttal expert did set forth new information which Defendant had the right to rebut before the close of expert discovery.  The court does not find that the Plaintiff is harmed.  The court cites relevant case law.

Based on the Court's findings, it is

**ORDERED:**         Plaintiff's **Motion to Strike Supplemental Expert Report of Bruce**

**Klodt on Invalidity** [Doc. No. 119, filed 07/03/2013] is **DENIED**.

The Court discusses pending motions before District Judge William J. Martinez.

The Court notes Trial Preparation Conference and trial dates will be set by Judge Martinez and reviews the proposed Final Pretrial Order with the parties.

The Court addresses Plaintiff's notation in the proposed order of the objection of Dwight Brown and Chris Palmer on Defendants' witness list.  Counsel for Plaintiff states they plan to file a Motion in Limine.

**ORDERED:**         The **FINAL PRETRIAL ORDER** is signed and entered.

**10:05 a.m.**      Court in recess.

Hearing concluded.
Total in-court time    00:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.