**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00189-WJM-KMT

TEASHOT LLC, a Colorado limited liability company,

    Plaintiff,

v.

GREEN MOUNTAIN COFFEE ROASTERS, INC., a Delaware corporation,
KEURIG, INC., a Delaware corporation, and
STARBUCKS CORPORATION, a Washington corporation,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in this case and the Order On Motions For Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on February 6, 2014,

IT IS ORDERED that Defendants' Motion for Summary Judgment (ECF No. 76) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendants on all claims and the action and complaint are dismissed.

IT IS FURTHER ORDERED that Defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this \_\_\_\_7th\_\_\_\_ day of February 2014.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk