## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 12-cv-0189-WJM-KMT

TEASHOT LLC, a Colorado limited liability company

    Plaintiff,

v.

GREEN MOUNTAIN COFFEE ROASTERS, Inc., a Delaware corporation,
KEURIG, Incorporated, a Delaware corporation, and
STARBUCKS CORPORATION, a Washington corporation

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY
## PAYMENT OF COSTS PENDING APPEAL

This matter comes before the Court on Plaintiff's Unopposed Motion to Stay Payment of Costs Pending Appeal, filed March 31, 2014 (ECF No. 192).  The Court having reviewed the Motion, *supersedeas* bonds obtained by Teashot, and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED.  It is FURTHER ORDERED that **within three days** of the date of this Order, Teashot shall submit the original aforementioned *supersedeas* bonds to the Clerk of Court for countersignature and holding by the Court.  Teashot's obligation to pay the costs awarded to Defendants is STAYED pending a resolution of Teashot's appeal to the United States Court of Appeals for the Federal Circuit.

Dated this 8th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge